Rebecca Hufstader, Esq.
**LEGAL SERVICES OF NEW JERSEY**
100 Metroplex Drive, Suite 101
Edison, New Jersey 08817
rhufstader@lsnj.org
(732) 529-8236

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CRISTOBAL GARCIA SANTIAGO,<br><br>Petitioner,<br><br>v.<br><br>HELEN GRIMES, et al.,<br><br>Respondents. | Case No. 26-12301<br><br>Martinotti, J. |

**PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL**

Petitioner, by and through below signed counsel, hereby voluntarily dismisses this action pursuant to Rule 41 of the Rules of Civil Procedure. As Respondents have not yet submitted their Response, dismissal is by right and does not require leave of the Court. Fed. R. Civ. P. 41(a)(1)(A). Mr. Garcia Santiago was granted bond and has been released.

Dated: September 22, 2026

Respectfully submitted,

*/s/Rebecca Hufstader*
Rebecca Hufstader, Esq.

Legal Services of New Jersey
100 Metroplex Drive, Suite 101
Edison, New Jersey 08817
rhufstader@lsnj.org
(732) 529-8236
*Pro Bono Attorney for Petitioner*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CRISTOBAL GARCIA SANTIAGO,<br><br>Petitioner,<br><br>v.<br><br>HELEN GRIMES, et al.,<br><br>Respondents. | Case No. 26-12301<br><br>Martinotti, J. |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is a person of such age and discretion as to be competent to serve papers, and that on September 22, 2026, she served a copy of the attached

**NOTICE OF VOLUNTARY DISMISSAL**

by electronic service pursuant to Local Rule 5.2 to the following individuals:

John Francis Basiak
U.S. Attorney's Office
402 E. State Street, Room 430
Trenton, NJ 08608

/s/ Rebecca Hufstader
Rebecca Hufstader, Esq.

SO ORDERED.

BRIAN R. MARTINOTTI, USDJ
DATED: SEPT. 23, 2026